

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00387-CV

**FRONTIER ENTERPRISES, INC.**, Hasslocher Enterprises, Inc., d/b/a Jim's Restaurant, and
Lambeth Building Company,
Appellants

v.

Catherine **ANDERSON** and Chris Anderson,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-21697
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: April 15, 2026

SET ASIDE AND REMANDED

The parties have filed a joint motion pursuant to Texas Rule of Appellate Procedure
42.1(a)(2), asking that we set aside the trial court's final judgment and remand this cause to the
trial court for entry of a judgment in accordance with the parties' settlement agreement.

We grant the motion, set aside the judgment of the trial court without regard to the merits,
and remand the cause to the trial court for rendition of a judgment in accordance with the parties'

agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Further, because the parties' joint motion and agreement do not reflect an agreement with respect to costs of appeal, we tax costs of appeal against appellants. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM